[Cite as *In re A.P.*, 2016-Ohio-2993.]

IN THE COURT OF APPEALS

TWELFTH APPELLATE DISTRICT OF OHIO

FAYETTE COUNTY


| | | |
|---|---|---|
| IN THE MATTER OF: | : | |
| A.P., et al. | : | CASE NO. CA2015-12-023 |
| | : | D E C I S I O N<br>5/16/2016 |
| | : | |
| | : | |


APPEAL FROM FAYETTE COUNTY COURT OF COMMON PLEAS
JUVENILE DIVISION
Case Nos. AND20140026, AND20140027, AND20140028


Kathryn Hapner, 127 North High Street, Hillsboro, Ohio 45133, for appellant

Jess C. Weade, Fayette County Prosecuting Attorney, Ryan Houston, 110 North Court Street, Washington C.H., Ohio 43160, for appellee

Susan Wollscheid, P.O. Box 841, Washington C.H., Ohio 43160, guardian ad litem

Landis Terhune-Olaker, P.O. Box 895, Washington C.H., Ohio 43160, for mother


**Per Curiam.**

{¶ 1} This cause came on to be considered upon a notice of appeal, the transcript of the docket and journal entries, the transcript of proceedings and original papers from the Fayette County Court of Common Pleas, Juvenile Division, and upon a brief filed by appellant's counsel.

{¶ 2} Counsel for appellant, F.P., has filed a brief with this court pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), which (1) indicates that a careful review of the record from the proceedings below fails to disclose any errors by the trial court prejudicial to the rights of appellant upon which an assignment of error may be predicated; (2) lists one potential error "that might arguably support the appeal," *Anders* at 744, 87 S.Ct. at 1400; (3) requests that this court review the record independently to determine whether the proceedings are free from prejudicial error and without infringement of appellant's constitutional rights; (4) requests permission to withdraw as counsel for appellant on the basis that the appeal is wholly frivolous; and (5) certifies that a copy of both the brief and motion to withdraw have been served upon appellant.

{¶ 3} Having allowed appellant sufficient time to respond, and no response having been received, we have accordingly examined the record and find no error prejudicial to appellant's rights in the proceedings in the trial court. The motion of counsel for appellant requesting to withdraw as counsel is granted, and this appeal is dismissed for the reason that it is wholly frivolous.

PIPER, P.J., RINGLAND and HENDRICKSON, JJ., concur.